IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WILBERT ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv791-MHT |
| | ) | (WO) |
| CITY OF MONTGOMERY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The nonjury trial is reset for October 18, 2006, at 9:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

(2) The parties are to file proposed findings of fact and conclusions of law by October 13, 2006.  Pretrial briefs are no longer necessary.

DONE, this the 6th day of September, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE