IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILBERT ELLIS,                  )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )       2:05cv791-MHT
                                )           (WO)
CITY OF MONTGOMERY,             )
                                )
    Defendant.                  )
```

JUDGMENT

In accordance with the opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) It is DECLARED that defendant City of Montgomery deprived plaintiff Wilbert Ellis of his real property at 29 Wade Street, Montgomery, Alabama, without due process of law, in violation of the due process clause of the Fourteenth Amendment of the United States Constitution, as enforced through 42 U.S.C. § 1983.

(2) Judgment is entered in favor of plaintiff Ellis and against defendant City of Montgomery.

(3) Plaintiff Ellis shall have and recover from defendant City of Montgomery either:

    (a) the sum of $ 11,790, plus whatever interest has accrued on the cost-of-demolition lien now attached to his property; or

    (b) should defendant City of Montgomery cancel said lien and waive the demolition fee, the sum of $ 9,000.

It is further ORDERED that plaintiff Ellis shall have until December 7, 2006, to file any motion for attorneys' fees and expenses. The court encourages the parties to attempt to resolve the matter of attorneys' fees and expenses on their own.

It is further ORDERED that costs are taxed against defendant City of Montgomery, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 7th day of November, 2006.**

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**